# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

CAT 5 GOLBAL, LLC

VERSUS

LOUISIANA INSURANCE GUARANTY
ASSOCIATION

NO.　2023 CW 1276

**MARCH 22, 2024**

---

In Re:　Louisiana Insurance Guaranty Association, applying for supervisory writs, 23rd Judicial District Court, Parish of Ascension, No. 137650.

---

**BEFORE:　McCLENDON, HESTER, AND MILLER, JJ.**

　　**WRIT DENIED.**

　　　　　　　　　　　　PMc
　　　　　　　　　　　　CHH
　　　　　　　　　　　　SMM

COURT OF APPEAL, FIRST CIRCUIT



DEPUTY CLERK OF COURT
FOR THE COURT